UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Dietz v. C.R. Bard, Inc. et al*
Case No. 2:20-cv-1304

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death her son, Brian Wayne Fetzer, was appointed administrator of Plaintiff's estate. (ECF No. 4.) Plaintiff now moves for the substitution of Brian Wayne Fetzer, Personal Representative of the Estate of Roberta Dietz, as the proper plaintiff. (*Id.*) Plaintiff's unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute Brian Wayne Fetzer, Personal Representative of the Estate of Roberta Dietz, as Plaintiff in place of Charles Bibeau.

**IT IS SO ORDERED.**

| | |
|---|---|
| **2/23/2022** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |